# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CITIBANK, N.A.,** | CASE NO.: _____ |
| Petitioner, | JUDGE: _____ |
| v. | |
| **MARVIN L. PARMS,** | |
| Respondent. | |

**PETITIONER CITIBANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the following disclosures are made on behalf of Petitioner Citibank, N.A.:

- Citibank, N.A. is a wholly-owned subsidiary of Citicorp LLC.
- Citicorp LLC is a wholly-owned subsidiary of Citigroup Inc.
- Citigroup Inc. is a publicly traded corporation.

Respectfully submitted,

/s/ *Shannon O'Connell Egan*
Shannon O'Connell Egan (0097614)
Harry W. Cappel (0066513)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 977-8261
Fax: (513) 977-8141
Email: shannon.egan@dinsmore.com
       harry.cappel@dinsmore.com
*Counsel for Petitioner Citibank, N.A.*

Dated: February 24, 2023